Preston's ad'x
vs.
West.

## GENERAL COURT, OCTOBER TERM, 1797.

### Preston's Administratrix *vs.* West.

Error to Harford county court. Judgment was rendered in March, 1784, against *Martin Preston*, by *non sum informatus*, for the debt due on a single bill, *with accruing interest*, and costs. An *injunction* was served after a *fi. fa.* had been laid. A *sci. fa.* afterwards issued on the 18th March, 1788, against *Rebecca Preston*, as administratrix of *Martin*, and at March term, 1790, a *fiat* was entered, &c. The writ of error in this case was brought on the *fiat* against the administratrix.

The general court *reversed* the judgment of the county court.

*Hollingsworth*, for plaintiff in error.
*Smith*, for the defendant in error.

---

## GENERAL COURT, OCTOBER TERM, 1797.

### Wolgamot *vs.* Bruner.

Appeal from Washington county court from a judgment of *nonsuit* in an action of replevin, wherein the defendant avowed a distress for rent in arrear. The plaintiff pleaded thereto *nothing in arrear, payment* and *discount* in bar as to *part of the rent,* and *payment* as to the residue. Issue was joined as to the *first plea; nonpayment* replied, and issue joined to the *second plea;* and demurrer to the *third plea,* and joinder. Verdicts, That the value of the property distrained amounted to 32*l.* 10*s.* current money, and the rent in arrear to 33*l.* 0*s.* 10*d.* current money. Judgment upon the *demurrer* for the defendant; and judgment that the defendant have a return, &c. to the amount of 32*l.* 10*s.* 0*d.* current money, to hold, &c. and costs.

#### BILL OF EXCEPTIONS.

The plaintiff at the trial, to support the issue on his part as to the pleas in this case filed, of no rent in arrear, and of payment as to part and tender as to the residue, offered evidence to the jury to prove, that on the 1st of March, 1794, he the plaintiff, without any consideration therefor, assigned to the defendant a note of hand for 21*l.* 0*s.* 10*d.* which the defendant received, and agreed to take upon himself the recovery thereof, and to make himself answerable to the plaintiff for the amount thereof; which he offered in evidence to the jury of a payment for the amount of the said note in part discharge of the rent avowed for in this cause.